# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 26, 2025

_____

RESPONSE REQUESTED

_____

No. 25-4638,  US v. Thomas Goldstein
              8:25-cr-00006-LKG-1

TO:     United States of America

RESPONSE DUE: 12/03/2025

Response is required to the motion for summary reversal or in the alternative for expedited briefing and decision on or before 12/03/2025.

A. Walker, Deputy Clerk
804-916-2702