UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4638
(8:25-cr-00006-LKG-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's pro se emergency motion for summary reversal or, in the alternative, for expedited briefing and decision, the court strikes the motion and directs appellant's counsel, who noticed the appeal, to pursue the motion if it is to be pursued.

              For the Court

              /s/ Nwamaka Anowi, Clerk