FILED: January 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4638
(8:25-cr-00006-LKG-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

THOMAS C. GOLDSTEIN

    Defendant - Appellant

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

                          For the Court--By Direction

                          /s/ Nwamaka Anowi, Clerk